**FILED**

JUN 21 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

June 20, 2011

Clerk - Bankruptcy Court
100 South Clinton St. Rm 315
PO Box 7008
Syracuse, NY 13261

RE:    06-33431 Shabazz/Palmer

Dear Clerk:

Enclosed please find check #828526 in the amount of $60.34. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.001

| Acct# | | |
|-------|------|---------------------|
| | Name | OSI Collection Services |
| | Address | PO Box 105127 |
| | Address | Atlanta, GA 30348-5127 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.

**RECEIVED**

JUN 21 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY